UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE MAGISTRATE JUDGES                CHIEF MAGISTRATE JUDGE
CRIMINAL DUTY AND CASE DOCKET          JOSEPH C. WILKINSON, JR.
(Inactive "Mag" Cases)

## SHOW CAUSE ORDER

It appears to the court that the "MAG" designated cases identified on the four-page

list attached to this order as Exhibit "A" have remained open and pending for an inordinate

period of time with no action having been taken to actively pursue prosecution.

Accordingly,

**IT IS ORDERED** that Assistant United States Attorney Duane Evans, Chief of the

Criminal Division, or any Assistant United States Attorney whom he might designate in his

discretion with knowledge of each case, must appear before me in person on **March 6,**

**2014 at 10:30 a.m.** to report on the status of each case and SHOW CAUSE why these

cases should not be dismissed, either with or without prejudice.

Failure to appear and/or show cause may result in dismissal of the cases by the court

sua sponte.  However, submitting a motion to dismiss to me or to the appropriate allotted

judicial officer previously handling the case, if any, before **March 6, 2014**, will satisfy this

order and make an appearance unnecessary.

New Orleans, Louisiana, this _____8th_____ day of January, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**DUANE EVANS, CHIEF, CRIMINAL SECTION,**
**UNITED STATES ATTORNEY'S OFFICE,**
**EASTERN DISTRICT OF LOUISIANA**

**HON. SARAH S. VANCE, CHIEF JUDGE**
**ALL MAGISTRATE JUDGES**
**KIMBERLY COUNTY, SUPERVISOR, CRIM-MAG DESK**

*EXHIBIT A*
*Attachment to Jan. 8, 2014*
*Show Cause Order*

| | |
|---|---|
| 72-039 MAG | UNITED STATES OF AMERICA VS. JAMES TURNER |
| 72-040 MAG | UNITED STATES OF AMERICA VS. JOSEPH A. SERIO, JR. |
| 72-044 MAG | UNITED STATES OF AMERICA VS. HENRY STERLING |
| 72-083 MAG | UNITED STATES OF AMERICA VS. REUBAN ARTHUR SCOTT |
| 72-087 MAG | UNITED STATES OF AMERICA VS. JESSIE FREEMAN, JR. |
| 72-111 MAG | UNITED STATES OF AMERICA VS. RUFUS PARROTT, JR. |
| 72-111 MAG | UNITED STATES OF AMERICA VS. DENNIS JAMES ROBINSON |
| 73-053 MAG | UNITED STATES OF AMERICA VS. MARY LOUISE SIMEON |
| 73-145 MAG | UNITED STATES OF AMERICA VS. JOE MCCLOSKEY |
| 73-145 MAG | UNITED STATES OF AMERICA VS. JOHN DOE |
| 73-153 MAG | UNITED STATES OF AMERICA VS. HENRY CLAY BOWERS, JR. |
| 73-158 MAG | UNITED STATES OF AMERICA VS. BARRY F. ODINET |
| 73-158 MAG | UNITED STATES OF AMERICA VS. OVIDE I. CHERAMIE, JR. |
| 73-172 MAG | UNITED STATES OF AMERICA VS. BLAKE L. PORTER |
| 73-241 MAG | UNITED STATES OF AMERICA VS. WILLIAM B. MCCALLA |
| 73-335 MAG | UNITED STATES OF AMERICA VS. RUTH WOODS WEST |
| 74-049 MAG | UNITED STATES OF AMERICA VS. CAMILLE C. FLETCHER |
| 74-155 MAG | UNITED STATES OF AMERICA VS. RAYMOND PIERSON |
| 74-201 MAG | UNITED STATES OF AMERICA VS. TOMMY DUFRENE |
| 74-201 MAG | UNITED STATES OF AMERICA VS. JOHN R. COLES |
| 74-201 MAG | UNITED STATES OF AMERICA VS. CHARLES STRICKLAND |
| 74-220 MAG | UNITED STATES OF AMERICA VS. BOBALIN LEGMAN |
| 74-232 MAG | UNITED STATES OF AMERICA VS. JOHN DOE |

| | |
|---|---|
| 74-250 MAG | UNITED STATES OF AMERICA VS. VICTOR D. WESTERVELT |
| 74-277 MAG | UNITED STATES OF AMERICA VS. EDWARD HAYWARD HYAMS |
| 74-289 MAG | UNITED STATES OF AMERICA VS. HENRY J. ZERINGUE |
| 75-228 MAG | UNITED STATES OF AMERICA VS. WILLIAM H. CARR |
| 75-230 MAG | UNITED STATES OF AMERICA VS. FLINT MICHAEL KEY |
| 75-230 MAG | UNITED STATES OF AMERICA VS. WILLIAM BAKER |
| 75-291 MAG | UNITED STATES OF AMERICA VS. THOMAS W. PYE |
| 75-342 MAG | UNITED STATES OF AMERICA VS. JOSEPH LAYMON |
| 76-254 MAG | UNITED STATES OF AMERICA VS. JEAN MICHAEL CRAPEAU |
| 76-357 MAG | UNITED STATES OF AMERICA VS. NELSON DAVIS |
| 77-072 MAG | UNITED STATES OF AMERICA VS. MARIE JACKSON |
| 77-169 MAG | UNITED STATES OF AMERICA VS. JIMMY LEE BROWN |
| 79-078 MAG | UNITED STATES OF AMERICA VS. JOSEPH MILES ELDRIDGE |
| 80-084 MAG | UNITED STATES OF AMERICA VS. JERREL R. JACKSON |
| 82-031 MAG | UNITED STATES OF AMERICA VS. ALLEN R. GAINES |
| 82-084 MAG | UNITED STATES OF AMERICA VS. WILLIAM R. STILSON |
| 82-238 MAG | UNITED STATES OF AMERICA VS. VIRGINIA ROSE GOODIN |
| 82-309 MAG | UNITED STATES OF AMERICA VS. CHARLES KELVIN SMITH |
| 84-087 MAG | UNITED STATES OF AMERICA VS. WILFRED C. COTOYA, JR. |
| 84-275 MAG | UNITED STATES OF AMERICA VS. ROBERT BRUCE POWNER |
| 84-305 MAG | UNITED STATES OF AMERICA VS. MIKE LNU |
| 85-054 MAG | UNITED STATES OF AMERICA VS. ELISEO RANDOLFO JORDAN-MADRID |

85-236 MAG          UNITED STATES OF AMERICA VS. KEHAR SINGH BASSI

85-256 MAG          UNITED STATES OF AMERICA VS. FREDERICK CLARK

86-175 MAG          UNITED STATES OF AMERICA VS. JOHN DOE

87-206 MAG          UNITED STATES OF AMERICA VS. MOHAMAD BAKKOUR

89-068 MAG          UNITED STATES OF AMERICA VS. JAMES BISHOP

90-244 MAG          UNITED STATES OF AMERICA VS. ANDY FOWLER

94-005 MAG          UNITED STATES OF AMERICA VS. SEALED

95-154 MAG          UNITED STATES OF AMERICA VS. IVAN CASTENDA

95-154 MAG          UNITED STATES OF AMERICA VS. JOSE GONZALEZ

95-154 MAG          UNITED STATES OF AMERICA VS. FERNANDO MEDINA

95-154 MAG          UNITED STATES OF AMERICA VS. MARIO A. RODRIGUEZ

95-158 MAG          UNITED STATES OF AMERICA VS. TYRONNE HOWARD

96-037 MAG          UNITED STATES OF AMERICA VS. SEALED

96-154 MAG          UNITED STATES OF AMERICA VS. SEALED

97-028 MAG          UNITED STATES OF AMERICA VS. SEALED

97-029 MAG          UNITED STATES OF AMERICA VS. SEALED

97-030 MAG          UNITED STATES OF AMERICA VS. SEALED

97-031 MAG          UNITED STATES OF AMERICA VS. SEALED

97-032 MAG          UNITED STATES OF AMERICA VS. SEALED

97-033 MAG          UNITED STATES OF AMERICA VS. SEALED

97-034 MAG          UNITED STATES OF AMERICA VS. SEALED

97-035 MAG          UNITED STATES OF AMERICA VS. SEALED

97-036 MAG          UNITED STATES OF AMERICA VS. SEALED

| | |
|---|---|
| 97-037 MAG | UNITED STATES OF AMERICA VS. SEALED |
| 97-045 MAG | UNITED STATES OF AMERICA VS. SEALED |
| 97-171 MAG | UNITED STATES OF AMERICA VS. JOHN DOE |
| 00-257 MAG | UNITED STATES OF AMERICA VS. LEROY J. BENN |
| 04-023 MAG | UNITED STATES OF AMERICA VS. TAL SHAMGAR |
| 04-121 MAG | UNITED STATES OF AMERICA VS. JAVIER CHINCHILLA |
| 04-228 MAG | UNITED STATES OF AMERICA VS. SEALED |
| 07-074 MAG | UNITED STATES OF AMERICA VS. RICHARD SERRATO |
| 07-199 MAG | UNITED STATES OF AMERICA VS. TONY EDWARD MASSIE |
| 08-178 MAG | UNITED STATES OF AMERICA VS. FLORENTINO QUINTANA |
| 10-033 MAG | UNITED STATES OF AMERICA VS. JUAN CARLOS GARCIA-CASTILLO |
| 10-086 MAG | UNITED STATES OF AMERICA VS. JOSE JUAN HERNANDEZ-GONZALEZ |
| 10-096 MAG | UNITED STATES OF AMERICA VS. JUWAAN SULLIVAN |
| 11-153 MAG | UNITED STATES OF AMERICA VS. JAIRO LEODAN URBINA-GALINDO |
| 12-039 MAG | UNITED STATES OF AMERICA VS. ANTONIO NEVEAUX |
| 12-141 MAG | UNITED STATES OF AMERICA VS. BRIAN RANSOM |
| 12-162 MAG | UNITED STATES OF AMERICA VS. SEALED |